THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHID BILAL, Appellant.

Submitted April 27, 2015; decided May 12, 2015

Motion by respondent to enlarge the record denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON BRADLEY, Appellant.

Submitted April 6, 2015; decided May 12, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion from the order of the Appellate Term (see CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTO GONZA-LEZ, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted March 23, 2015; decided May 12, 2015

Motion for reconsideration of this Court's February 12, 2015 dismissal order denied [see 24 NY3d 1203 (2015)].

Judges STEIN and FAHEY taking no part.